### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| JANE S. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 1:20-cv-05016-SCJ-LTW |
| | ) | |
| v. | ) | |
| | ) | |
| MAGELLAN BEHAVIORAL | ) | |
| HEALTH SYSTEMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, a true and correct copy of **Defendant Magellan Behavioral Health Systems, LLC's Responses to Plaintiff's Second Request for Production of Documents** were served on the following counsel of record via email and this certificate of service was served via the Court's CM/ECF system.

Noah Green
APPELBAUM HENEFELD & GREEN, P.C.
9 Lenox Pointe NE, Suite B
Atlanta, Georgia 30324
ng@aps-law.com

*/s/ Natalie Turner*
Natalie N. Turner
Georgia Bar No. 719646

48785726.1