# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE S. GREEN, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | No. 1:20-cv-05016-SCJ-LTW |
| ) | |
| v. ) | |
| ) | |
| MAGELLAN HEALTH, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, a true and correct copy of **Defendant Magellan Health, Inc.'s First Supplemental Responses to Plaintiff's Second Request for Production of Documents** were served on the following counsel of record via email and this certificate of service was served via the Court's CM/ECF system.

Noah Green<br>
APPELBAUM HENEFELD & GREEN, P.C.<br>
9 Lenox Pointe NE, Suite B<br>
Atlanta, Georgia 30324<br>
ng@aps-law.com

*/s/ A. Jonathan Jackson*
A. Jonathan Jackson
Georgia Bar No. 852077

8