# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JANE S. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 1:20-cv-05016-SCJ-LTW |
| | ) | |
| v. | ) | |
| | ) | |
| MAGELLAN HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, a true and correct copy of **Defendant Magellan Health, Inc.'s Second Supplemental Responses to Plaintiff's Second Request for Production of Documents** were served on the following counsel of record via email and this certificate of service was served via the Court's CM/ECF system.

Noah Green
APPELBAUM HENEFELD & GREEN, P.C.
9 Lenox Pointe NE, Suite B
Atlanta, Georgia 30324
ng@aps-law.com

/s/ A. Jonathan Jackson
A. Jonathan Jackson
Georgia Bar No. 852077

49195976.1