## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JANE S. GREEN, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | No. 1:20-cv-05016-SCJ-LTW |
| ) | |
| v. ) | |
| ) | |
| MAGELLAN HEALTH, INC., ) | |
| ) | |
| Defendant. ) | |

## SECOND JOINT CONSENT MOTION TO EXTEND DISCOVERY

COME NOW, Plaintiff Jane Green and Defendant Magellan Health, Inc. (collectively, the "Parties"), and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 16.2(16) and 26.2 N.D.Ga., to request that the Court modify its Scheduling Order to extend the discovery period through February 28, 2022. In support of their motion, the Parties shows the Court as follows:

1. Plaintiff filed her Complaint for damages on December 10, 2020.

2. Defendant filed its Answer to Plaintiff's Complaint for damages on January 8, 2021.

3. The discovery period in this case commenced on February 7, 2021.

-2-

4.      On February 12, 2021, the Court issued a Scheduling Order and Guidelines for Discovery and Summary Judgment Practice closing discovery on June 7, 2021.

5.      On May 13, 2021, Defendant Magellan filed a Consent Motion to Extend Discovery to August 6, 2021. The Parties requested extension as a result of a dispute regarding third party subpoenas. Defendant needed a ruling on its ability to issue third party subpoenas so that it would be able to review documents responsive to the subpoenas before taking Plaintiff's deposition.

6.      On May 20, 2021, the Court granted Defendant's Consent Motion to Extend Discovery to August 6, 2021.

7.      Plaintiff filed a Motion for Leave to File her First Amended Complaint on July 6, 2021.

8.      On July 20, 2021, Defendant Magellan filed a Response in Opposition to Plaintiff's Motion for Leave to File her First Amended Complaint.

9.      On July 26, 2021, the Parties filed a Joint Motion to Stay Discovery pending the Court's ruling on Plaintiff's Motion for Leave to Amend and Defendant's Response in Opposition.

10. On July 27, 2021, the Court issued an Order granting the Parties' Joint Motion to Stay Discovery pending the Court's ruling on the Plaintiff's Motion for Leave to Amend and Defendant's Response in Opposition.

11. On August 27, 2021, the Court issued an Order granting Plaintiff's Motion for Leave to Amend her Complaint, ending the July 27, 2021 stay on discovery, and denying Plaintiff's Motion to Quash Defendant's subpoenas.

12. Plaintiff filed her Amended Complaint on August 27, 2021.

13. Defendant filed its Answer to Plaintiff's Amended Complaint on September 9, 2021.

14. Although much of written discovery was completed prior to the stay, Plaintiff's Second Continuing Request for the Production of Documents and Things included several items related to claims Plaintiff added through amendment to her Complaint.

15. Since the lift of the stay on discovery on August 27, 2021, Defendant has produced over 1,000 pages of electronically stored information, in response to Plaintiff's Second Request for Documents. Moreover, Defendant produced around 200 pages of non-electronically stored documents. Defendant also supplemented its responses to Plaintiff's aforementioned Second Request for Documents by

producing over 230 pages of personnel file records related to individuals Plaintiff alleges may be comparators.

16. The discovery period in this matter is currently scheduled to close on December 10, 2021.

17. The Parties have participated in ongoing settlement discussions but have not yet been able to reach an agreement.

18. The parties continue to work cooperatively to schedule depositions. However, Plaintiff's counsel is attending a murder trial in Brunswick, Georgia that is expected to last until the Thanksgiving holidays, related to representation of a client in a pending civil matter, *Estate of Ahmaud Arbery v. Travis McMichael et al.*, 2:21-CV-20-LGW-BWC, S.D. Ga. Plaintiff's counsel also has a trial which he expects to be specially set for a date in January.

19. Additionally, Defendant's counsel has an arbitration set to begin November 30, 2021 and out of state depositions scheduled in January 2022. Further, Plaintiff's counsel intends to depose one of Defendant's witnesses who will be out on maternity leave for 12 weeks beginning November 15, 2021.

20. In light of all of the above, much of which were unforeseen by the parties, the Parties therefore request the extension of the discovery period until

February 28, 2022 to allow the Parties sufficient time to complete discovery and conduct depositions.

21. This request is made for good cause, without an improper purpose, will not unduly delay other deadlines, and will not prejudice either party.

WHEREFORE, the Parties respectfully requests the Court extend the discovery period, through and including February 28, 2022, with a corresponding extension of all post-discovery deadlines, including the filing of motions for summary judgment. A proposed order is attached to this motion.

Respectfully submitted, this 11th day of November, 2021.

| | |
|---|---|
| */s/ Noah Green* | */s/ A. Jonathan Jackson* |
| Noah Green | Natalie N. Turner |
| Georgia Bar No. 468138 | Georgia Bar No. 719646 |
| ng@aps-law.com | A. Jonathan Jackson |
| APPELBAUM HENEFELD | Georgia Bar No. 852077 |
| & GREEN, P.C. | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 9 Lenox Pointe NE, | |
| Suite B | One Ninety One Peachtree Tower |
| Atlanta, Georgia 30324 | 191 Peachtree St. NE, Suite 4800 |
| | Atlanta, GA 30303 |
| *Attorney for Plaintiff* | Telephone: 404-881-1300 |
| | Facsimile: 404-870-1732 |
| | natalie.turner@ogletree.com |
| | jonathan.jackson@ogletree.com |
| | |
| | *Attorneys for Defendant Magellan Health, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE S. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 1:20-cv-05016-SCJ-LTW |
| | ) | |
| v. | ) | |
| | ) | |
| MAGELLAN HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on the 11th day of November 2021, the foregoing **Second Joint Consent Motion to Extend Discovery**, which was prepared using Times New Roman 14 point font in accordance with Local Rule 7.1D, was filed with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filling to all counsel of record in this matter.

Respectfully submitted, this 11th day of November, 2021.

*/s/ A. Jonathan Jackson*
A. Jonathan Jackson
Georgia Bar No. 852077