# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JANE S. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 1:20-cv-05016-SCJ-LTW |
| | ) | |
| v. | ) | |
| | ) | |
| MAGELLAN HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER EXTENDING DISCOVERY PERIOD

IT IS HEREBY ORDERED that the discovery period in this action is extended through and including February 28, 2022. All deadlines under the Federal Rules of Civil Procedures triggered by the close of discovery are hereby extended accordingly.

SO ORDERED, this __15__ day of __November__, 2021.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE