# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **JANE S. GREEN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. |
| | § | 1:20-cv-05016-SCJ-LTW |
| **MAGELLAN HEALTH, INC.** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record with a true and correct copy of **Plaintiff's Notice of Deposition for Jennifer Cassidy, Plaintiff's Notice of Deposition for Yagnesh Vadgama, Plaintiff's Notice of Deposition for Kazia Steele, and Plaintiff's Notice of a 30(b)(6) Deposition for a Corporate Representative of Magellan Health, Inc.**, using electronic mail sent to the email addresses counsel has on file with the Court, as follow:

Natalie Turner
natalie.turner@ogletree.com

This 22nd day of February, 2022.

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Plaintiff*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com